IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIN WANG, | : | CIVIL ACTION |
| | : | NO. 19-357 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL OVERMYER, et al., | : | |
| | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this **12th** day of **March, 2021**, upon careful and independent consideration of the Amended Petition for Writ of Habeas Corpus, together with the Response and Reply thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Linda K. Caracappa and Petitioner's Objections thereto, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. The R&R (ECF No. 33) is **APPROVED** and **ADOPTED**, with the exception of Section III.A.5;

2. Petitioner's Objections to the R&R (ECF No. 37) are **SUSTAINED in part and OVERRULED in part**, as follows:

    i. Objections 1, 2, 3, 5, 6, 7, 9, 10, 11, 13, 14, 15, 21, 22, and 23 are **OVERRULED**;

    ii. Objections 4, 16, 17, 18, 19, and 20 are **DISMISSED as moot**; and

    iii. Objection 12 is **SUSTAINED**.

3. The Amended Petition for Writ of Habeas Corpus (ECF No. 15) is **DISMISSED**;

4. There is no probable cause to issue a certificate of appealability;

5. Petitioner's motion to deem his Objections to the R&R timely filed (ECF No. 38) is **GRANTED**; and

6. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

            */s/ Eduardo C. Robreno*
            **EDUARDO C. ROBRENO, J.**